**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| RICHARD STINSON, individually and on behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | Case No. 3:18-cv-752-DJH |
| v. | ) | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

* * * * *

Come the parties, by counsel, and Plaintiff having voluntarily dismissed the state court action, *Richard Stinson v. State Farm Mutual Automobile Insurance Company*, Jefferson Circuit Court, Civil Action No. 18-CI-6033, prior to removal, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby dismiss all claims in the instant action without prejudice.

*/s/ Sam Aguiar (w/permission)*
Sam Aguiar
Sam Aguiar Injury Lawyers
1201 Story Avenue, Suite 301
Louisville, KY 40206
COUNSEL FOR PLAINTIFF

*/s/ Jasper D. Ward, IV (w/permission)*
Jasper D. Ward, IV
Christina Natale
Jones Ward PLC
1205 E. Washington Street, Suite 111
Louisville, KY 40206
COUNSEL FOR PLAINTIFF

*/s/ David T. Klapheke*
David T. Klapheke
BOEHL STOPHER & GRAVES, LLP
400 West Market Street, Suite 2300
Louisville, KY 40202
COUNSEL FOR DEFENDANT

*/s/ Abigale Rhodes Green (w/permission)*
Abigale Rhodes Green
Abigale Rhodes Green Injury Law
1800 Kentucky Home Life Building
239 S. Fifth Street
Louisville, KY 40202
COUNSEL FOR PLAINTIFF